UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DIXON,<br><br>        Petitioner,<br><br>        v.<br><br>J.N. KATAVICH, Warden,<br><br>        Respondent. | NO. CV 11-03111 DOC (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 17, 2012

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE